## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Larry W. Scott, Jr., #315277, | ) | C/A No.: 5:14-cv-3567 DCN KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| John Pate, Warden, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On October 21, 2014, this court issued an order dismissing this action without prejudice for failure to submit items needed to render this case into proper form, as ordered by the magistrate judge on September 12, 2014. Judgment was entered in this case by the Clerk of Court on the same day. On October 27, 2014, plaintiff submitted a letter and change of address to the court, stating that he had been in transit between prisons and was unable to comply with the magistrate judge's order. Now therefore,

**IT IS ORDERED** that this court's order filed on October 21, 2014, dismissing this action without prejudice for failure to submit items needed to render this case into proper form, and the judgment filed on October 21, 2014 are herewith **VACATED**, and this matter is reinstated to the court's docket. Plaintiff shall have until **December 1, 2014** to comply with the magistrate judge's order to bring this case into proper form, dated September 12, 2014.

**IT IS FURTHER ORDERED** that this case is **REMANDED** to the Magistrate Judge for further handling.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

November 5, 2014
Charleston, South Carolina